THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAITO TAIZO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 8, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Court of General Sessions for the county of New York, rendered February 24, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Kenneth M. Spence* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.